# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **OAK SHORES DEVELOPMENT LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **Civil Action No. 25-00510-KD-N** |
| | ) |
| **CHRISTOPHER and ANGELA** | ) |
| **FERRARA,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>ORDER</u>

This action is before the Court on the Motion to Dismiss or Abstain filed by Defendants

Christopher and Angela Ferrara, Oak Shores Development LLC's Response, and the Ferraras'

Reply (docs. 18, 21, 22).

The Ferraras move to dismiss Oak Shores' "Complaint without prejudice to be litigated

and resolved in Baldwin County Circuit Court in the matter of *Christopher and Angela Ferrara*

*v. and Angela Ferrara v. Oak Shores Development, LLC, Jay Faulkner, et. al.*, CV No. 05-26-

90032." (doc. 18, p. 1). The Ferraras argue that because of the parallel litigation in the Baldwin

County Circuit Court, the <u>Colorado River</u> abstention doctrine "warrants dismissal or stay of the

Lot 3 action to avoid piecemeal litigation and inconsistent, property-specific rulings in the

presence of parallel litigation in state court" (doc. 18, p. 3-6 (addressing the relevant factors for

abstention, stay, or dismissal).

Oak Shores argues that the Ferreras cannot show that there is a parallel proceeding in the

state court because the addition of parties and claims make it less parallel instead of more

parallel. Oak Shores points out that this "first-filed, narrowly focused federal action is the proper

forum to resolve the existence, validity, scope, and enforceability of the recorded Lot 3 easements that provide ingress, egress, and utilities to Lot 4-A." (doc. 21, p. 3). Oaks Shores argues that applying the Colorado River factors flexibly and pragmatically and with presumption toward this Court's exercise of its jurisdiction, the Motion should be denied (Id., p. 9-16).

Upon consideration of the Motion, Response, and Reply, and the parties' respective arguments as set forth therein, the Court adopts the reasoning in Section B of Oak Shores Response (Doc. 21 at p. 9-16), as the reasoning of the Court.  Accordingly, the Ferraras' Motion to Dismiss or Abstain is **denied.**

**DONE** and **ORDERED** this 29th day of June 2026.

<u>**s / Kristi K. DuBose**</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**